| **CHARGE OF DISCRIMINATION** | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA  ■ EEOC | 340-2003-09802 |

## California Department of Fair Employment and Housing and EEOC
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Mr. Eduardo Gonzalez | (510) 782-3167 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 27474 Capri Avenue, Hayward, CA 94545  P.O. Box 11375, Stanford, CA 94309 | October 19, 1983 |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)**

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Abercrombie & Fitch at Valley Fair | Cat. D (500+) | 408-551-0252 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 2855 Stevens Creek Blvd., Space B585, Santa Clara, CA 95050 | SANTA CLARA |

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Abercrombie & Fitch | Cat. D (500+) | 614-283-6500 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 6301 Fitch Path, New Albany, Ohio 43054 | FRANKLIN |

**CAUSE OF DISCRIMINATION BASED ON K (Check appropriate box(es))**

■ RACE   ■ COLOR   ☐ SEX   ☐ RELIGION   ■ NATIONAL ORIGIN

☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST 8/7/02   LATEST

■ CONTINUING ACTION

**THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):**

I.   I am a Latino male. I was denied a position as a sales associate ("Brand Representative") at the Abercrombie & Fitch store in the Valley Fair Mall in Santa Clara, California. I initially applied at the Valley Fair Mall store on August 7, 2002 and returned for a group interview on August 27, 2002. I was not hired nor was I ever contacted by Abercrombie.

II.   I believe that I have been discriminated against by Abercrombie on the basis of national origin, color, or race for the following reasons: I am qualified for the sales associate position. I am a Stanford University undergraduate who was looking for a part-time job at the time. On both August 7 and 27, 2002, I noticed that none of the sales associates at the Valley Fair Abercrombie were minority individuals, i.e., Latino, African American or Asian American. When I initially applied, an Abercrombie manager suggested that I apply to work in the stock room or on the late night crew in a non-sales position.

III.   I believe that Abercrombie has a pattern and practice of discriminating against minority individuals on the basis of national origin, color, or race in staffing sales positions in its stores nationwide. I bring this charge on behalf of myself and similarly situated minority individuals denied sales positions as a result of national origin, color, or race.

*RECEIVED*

| ■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements)  APR 25 2003  I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.  5/25/2003  *Eddie Gonzalez*  Date          Charging Party (signature) | SIGNATURE OF COMPLAINANT  *Eddie Gonzalez*  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  (Day, month, and year) |

248204.2

**EXHIBIT A**

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

☐ 1001 Tower Way, Suite 250
H   Bakersfield, CA 93309
    (805) 395-2729

☐ 1320 E. Shaw Avenue, Suite 150
C   Fresno, CA 93710
    (559) 244-4760

☐ 611 West Sixth Street, Suite 1500
B   Los Angeles, CA 90017
    (213) 439-6799

☐ 1515 Clay Street, Suite 701
M   Oakland, CA 94612-2512
    (510) 622-2941

☐ 2000 "O" Street, Suite 120
E   Sacramento, CA 95814-5212
    (916) 445-5523

☐ 350 W. Ash Street, Suite 950
D   San Diego, CA 92101-3440
    (619) 645-2681

☐ 121 Spear Street, Suite 430
A   San Francisco, CA 94105
    (415) 904-2303

☐ 111 North Market Street, Suite 810
G   San Jose, CA 95113-1102
    (408) 277-1277

☐ 2101 E. Fourth Street, Suite 255-B
K   Santa Ana, CA 92705-3855
    (714) 558-4266

Ms. Rachel Riddle           EEOC Number: 340-2003-09802
Human Resources Director
Abercrombie & Fitch         Case Name: GONZALEZ, EDUARDO
6301 Fitch Path
New Albany, OH  430054      Date: April 29, 2003

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior, Municipal or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

Barbara J. Osborne
Deputy Director
Enforcement Field Operations

DFEH-200-02 (03/03)

## CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before using this form | ☐ FEPA  ☒ EEOC | 340A201971 |

California Department of Fair Employment and Housing
*State or local Agency, if any*
and EEOC

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Encarnación Gutierrrez | 310-824-5394 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 809 Stansbury Ave., Panorama City, CA 91402 | | 6-29-75 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Abercrombie & Fitch | Unknown (25+) | 310-899-2966 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1435 Third Street Promenade, Santa Monica, CA 90401 | | Los Angeles |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE ☒ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE |
|---|
| EARLIEST — LATEST |
| June/July 2001-continuing |
| ☒ CONTINUING ACTION |

PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

During the summer of 2001, I went to the Abercrombie & Fitch store located on the Third Street Promenade in Santa Monica, California, and I inquired about the availability of employment at the store. I received an application, which I was instructed to fill out. I was told to bring the completed application to a group interview on a set day of the week and time. I did return for the group interview, with my completed application. The group interview was conducted in the open area on the second floor of the store by a white male identified as the manager. There were seven or eight applicants sitting in a circle. The manager asked us to go around the circle and introduce ourselves, say something about ourselves, and indicate what job position we wanted to obtain. Each applicant did as instructed. The manager asked a very few follow-up questions of particular applicants. I do recall that he asked the first applicant to speak -- an Asian American male -- whether he spoke English even though his answer to the initial set of questions plainly demonstrated that he did in fact speak English. After we each responded, the manager told us that the interview was over and collected our applications. I have never been contacted about taking a position at the Abercrombie & Fitch store even though I never withdrew my application. I also have never received any sort of letter or communication indicating that my application was rejected or asking for any further information about my qualifications. Based on my observations of who works in the store, who was interviewed (more than half of those in my group interview were minorities), and the manager's interest in each applicant, I believe that I have not been hired or contacted because I am Latino.

| ☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. I declare under penalty of perjury that the foregoing is true and correct. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| DATE _____ Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)* |

EEOC FORM 5 (REV. 06/92)

EXHIBIT B

# CHARGE OF DISCRIMINATION

| | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | | ☐ FEPA  ☒ EEOC | 340A201971 |

CA Dept. Fair Employment & Housing _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Encarnacion Gutierrez | (310) 824-5394 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 890 Stansbury Avenue, Panorama City, CA 91402 | | 06/29/1975 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Abercrombie & Fitch Co. | Cat D (501 +) | (310) 899-2966 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 131 3rd Street Promenade, Los Angeles, CA 90063 | | 037 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE EARLIEST / LATEST |
|---|---|
| ☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | 06/01/2001   05/21/2002 ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

Amended Charge

During the summer of 2001, I went to the Abercrombie & Fitch store located on the Third Street Promenade in Santa Monica, California, and I inquired about the availability of employment at the store. I received an application, which I was instructed to fill out. I was told to bring the completed application to a group interview on a set day of the week and time. I did return for the group interview, with my completed application. The group interview was conducted in the open area on the second floor of the store by a white male identified as the manager. There were seven or eight applicants sitting in a circle. The manager asked us to go around the circle and introduce ourselves, say something about ourselves, and indicate what job position we wanted to obtain. Each applicant did as instructed. The manager asked a very few follow-up questions of particular applicants. I do recall that he asked the first applicant to speak an Asian American male – whether he spoke English even though his answer to the initial set of questions plainly demonstrated that he did in fact speak English. After we each responded, the manager told us that the interview was over and collected our applications. I have never been contacted about taking a position at the Abercrombie & Fitch store even though I never withdrew my application. I also have never received any sort of letter or communication indicating that my application was rejected or asking for any further information about my qualifications. Based on my observations of who works in the store, who was interviewed (more than half of those in my group interview were minorities), and the manager's interest in each applicant, I believe that I have not been hired or contacted because I am Latino.

RECEIVED JUN 12 2002 ENGLISH INTAKE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) |

| Date | Charging Party (Signature) |
|---|---|

EEOC FORM 5 (Rev. 07/95)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMB |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 340A20197 |

__CA Dept. Fair Employment & Housing__ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Mr. Encarnacion Gutierrez | (310) 324-5394 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 8909 Stansbury Avenue, Panorama City, CA 91402 | | 06/29 975 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Abercrombie & Fitch Co. | Cat D (501 +) | (310) 899-2 6 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1346 3rd Street Promenade, Los Angeles, CA 90063 | | 03 |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 06/01/2001 | 05/21 2002 |

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

**Amended Charge**

During the summer of 2001, I went to the Abercrombie & Fitch store located on the Third Street Promenade in Santa Monica, California, and I inquired about the availability of employment at the store. I received an application, which I was instructed to fill out. I was told to bring the completed application to a group interview on a set day of the week and time. I did return for the group interview, with my completed application. The group interview was conducted in the open area on the second floor of the store by a white male identified as the manager. There were seven or eight applicants sitting in a circle. The manager asked us to go around the circle and introduce ourselves, say something about ourselves, and indicate what job position we wanted to obtain. Each applicant did as instructed. The manager asked a very few follow-up questions of particular applicants. I do recall that he asked the first applicant to speak -- an Asian American male -- whether he spoke English even though his answer to the initial set of questions plainly demonstrated that he did in fact speak English. After we each responded, the manager told us that the interview was over and collected our applications. I have never been contacted about taking a position at the Abercrombie & Fitch store even though I never withdrew my application. I also have never received any sort of letter or communication indicating that my application was rejected or asking for any further information about my qualifications. Based on my observations of who works in the store, who was interviewed (more than half of those in my group interview were minorities), and the manager's interest in each applicant, I believe that I have not been hired or contacted because I am Latino.

RECEIVED

| | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)* |

| Date | Charging Party *(Signature)* |
|---|---|

EEOC FORM 5 (Rev. 07/99)

JUN 12 2002

## CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>■ EEOC | 340-2003-09730 |

**California Department of Fair Employment and Housing and EEOC**
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Mr. Johan Montoya | 818-674-0904 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 15415 Vanowen Street, #15, Van Nuys, CA 91406<br>6850 El Colegio, Goleta, CA 93117 | July 7, 1984 |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)**

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Abercrombie & Fitch at Topanga | Cat. D (500+) | 818-713-1391 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 6600 Topanga Canyon Blvd., Space #83, Canoga Park, CA 91303 | Los Angeles |

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Abercrombie & Fitch | Cat. D (500+) | 614-283-6500 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 6301 Fitch Path, New Albany, Ohio 43054 | Franklin |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST          LATEST<br>8/7/02 |
|---|---|
| ■ RACE   ■ COLOR   ☐ SEX   ☐ RELIGION   ■ NATIONAL ORIGIN<br>☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (specify) | ■ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

    I.   I am a Latino male.  I was denied a position as a sales associate ("Brand Representative") at the Abercrombie & Fitch store in the Topanga Mall in Canoga Park, California.  I initially applied to work at that store in August or September 2002 and returned for a group interview the following Saturday afternoon.  I was not hired nor was I ever contacted by Abercrombie.

    II.   I believe that I have been discriminated against by Abercrombie on the basis of national origin, color, or race for the following reasons:  I am qualified for the sales associate position.  I am an undergraduate at the University of California at Santa Barbara who was looking for a part-time job at the time, having already worked for roughly 6 months as a sales associate at the Foot Action USA in the same mall (Topanga).  On both visits to the store, I noticed that none of the sales associates at the Topanga Abercrombie were minority individuals, i.e., Latino, African American or Asian American.

    III.   I believe that Abercrombie has a pattern and practice of discriminating against minority individuals on the basis of national origin, color, or race in staffing sales positions in its stores nationwide.  I bring this charge on behalf of myself and similarly situated minority individuals denied sales positions as a result of national origin, color, or race.

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| ■  I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| Date      4-5-03          Charging Party (signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE   4-5-03<br>(Day, month, and year) |

250228.2

EXHIBIT C

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

☐ **H** 1001 Tower Way, Suite 250
Bakersfield, CA 93309
(805) 395-2729

☐ **C** 1320 E. Shaw Avenue, Suite 150
Fresno, CA 93710
(559) 244-4760

☐ **B** 611 West Sixth Street, Suite 1500
Los Angeles, CA 90017
(213) 439-6799

☐ **M** 1515 Clay Street, Suite 701
Oakland, CA 94612-2512
(510) 622-2941

☐ **E** 2000 "O" Street, Suite 120
Sacramento, CA 95814-5212
(916) 445-5523

☐ **D** 350 W. Ash Street, Suite 950
San Diego, CA 92101-3440
(619) 645-2681

☐ **A** 121 Spear Street, Suite 430
San Francisco, CA 94105
(415) 904-2303

☐ **G** 111 North Market Street, Suite 810
San Jose, CA 95113-1102
(408) 277-1277

☐ **K** 2101 E. Fourth Street, Suite 255-B
Santa Ana, CA 92705-3855
(714) 558-4266

Rachel Riddle
Human Resources Director
Abercrombie & Fitch
6301 Fitch Path
New Albany, OH 43054

EEOC Number: 340-2003-09730

Case Name: MONTOYA, JUAN

Date: April 29, 2003

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation in this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

### NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior, Municipal or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

Barbara J. Osborne
Deputy Director
Enforcement Field Operations

DFEH-200-02 (03/03)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 340A00452 |

CA Dept. Fair Employment & Housing
*State or local Agency, if any* ——————— and EEOC

NAME (Indicate Mr., Ms., Mrs.)
Mr. Juan C. Gomez-Montejano

| STREET ADDRESS | CITY, STATE AND ZIP CODE | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| 411 Kelton Avenue Unit#329, Westwood, CA 90024 | | (310) 428-5909 |

DATE OF BIRTH
02/04/1979

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Abercrombie & Fitch Co. | Cat C (201-500) | (310) 899-2966 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1346 3rd Street Promenade, Los Angeles, CA 90063 | | 037 |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 04/15/1999   LATEST 04/15/1999
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. In June 1999, I received a copy of my personnel file which indicated that on April 15, 1999 I was laid off from my position as Brand Representative. My employers never informed me of my layoff. I was initially hired by the Respondent on November 22, 1998.

II. My layoff notice did not indicate why I was laid off but stated that I was eligible for rehire.

III. I believe that I was laid off because of my National origin, Mexican which is in violation of Title VII of the Civil Rights Act of 1964, as amended.

**RECEIVED**
**DEC 21 1999**
EEOC/LADO
INTAKE

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I declare under penalty of perjury that the foregoing is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

Dec 21 1999
Date
☐ (Rev. 08/91)   Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

**EXHIBIT D**

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Los Angeles District Office

255 E. TEMPLE STREET, 4TH FLOOR
LOS ANGELES, CALIFORNIA 90012
1-800-669-4000
(213)894-1000
TDD (213) 894-1121
FAX (213) 894-1118

Juan C. Gomez-Monetjano                          Charge Number 340A00452
411 Kelton Avenue, Unit #329
Los Angeles, California 90024                     Charging Party

Abercrombie & Fitch Co.
1346 3rd Street Promenade
Los Angeles, California 90063                     Respondents

Abercrombie & Fitch Co.
Four Limited Parkway East
Reynoldsburg, Ohio 43068

## LETTER OF DETERMINATION

By the authority vested in me by the Equal Employment Opportunity Commission (EEOC), I issue the following determination as to the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended. All requirements for coverage have been met.

Charging Party alleged that he was denied a permanent position as a Brand Representative, denied an assignment and terminated because of his national origin, Mexican-American. Charging Party further alleges that Latinos and Blacks, as a class, are discriminated against in recruitment, hiring, and assignment. Respondent denies the allegations of discrimination and contends the Charging Party was not denied a permanent position of Brand Representative, denied an assignment, or terminated based on his national origin.

The preponderance of the evidence supports Charging Party's claim that he was denied a permanent position as a Brand Representative, denied an assignment and terminated because of his national origin. Moreover, evidence obtained during the course of the investigation revealed that Latinos and Blacks, as a class, were denied permanent positions, denied assignments and treated in an unfair manner with regard to recruitment based on their race and national origin, and that Respondent failed to maintain employment records as required by Title VII. Therefore, I have concluded that the evidence is sufficient to establish a violation of the above-cited statute.

Respondent is reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in EEOC investigations is also prohibited. These protections apply regardless of the EEOC's determination on the merits of the charge.

EXHIBIT E

LOD
CHARGE NUMBER 340A00452
PAGE 2 OF 2

Having determined that there is reason to believe that violations have occurred, the EEOC now invites the parties to join with it in a collective effort toward a just resolution of this matter. If Respondent declines to enter into settlement discussions, or if for any other reason the EEOC's representative is unable to secure an acceptable settlement, the Director will so inform the parties in writing and advise them of the court enforcement alternative available to the charging party and the EEOC.

Investigator Karrie Maeda will be contacting you shortly to begin conciliation discussions.   You can contact Investigator Maeda at (213) 894-1715.

On behalf of the Commission:

September 13, 2001
Date

Olophius Perry, Acting District Director
Los Angeles District Office

STATE OF CALIFORNIA  STATE AND CONSUMER SERVICES AGENCY                    GRAY DAVIS, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
### (SEE ADDRESS CHECKED BELOW)

TTY # (800) 700-2320

☐ **H**
1001 Tower Way, Suite 250
Bakersfield, CA 93309-1686
(805) 395-2728

☐ **C**
1320 E. Shaw Avenue, Suite 150
Fresno, CA  93710
(559) 244-4760

☐ **B**
611 West Sixth Street, Suite 1600
Los Angeles, CA  90017-3118
(213) 439-6799

☐ **M**
1515 Clay Street, Suite 701
Oakland, CA  94612-2512
(510) 622-2941

☐ **E**
2000 "O" Street, Suite 120
Sacramento, CA  95814-5212
(916) 445-5523

☐ **J**
1845 S. Business Center Dr., Suite 127
San Bernardino, CA  92408-3426
(909) 383-4373

☐ **D**
350 W. Ash Street, Suite 950
San Diego, CA  92101-3440
(619) 645-2681

☐ **A**
455 Golden Gate Avenue, Suite 7600
San Francisco, CA  94102-7006
(415) 703-4175

☐ **G**
111 North Market Street, Suite 810
San Jose, CA  95113-1102
(408) 277-1277

☐ **K**
28 Civic Center Plaza, Suite 538
Santa Ana, CA  92701-4010
(714) 558-4266

☐ **L**
1732 Palma Drive, Suite 200
Ventura, CA  93003-5798
(805) 654-4514

Mr. Jim Wheelox
Human Resources Manager
Abercrombie & Fitch Co.
3 Limited Parking
Columbus, OH 43216

EEOC Number: 340A00452

Case Name: Mr. Juan C. Gomez-Montejano

Date: December 21, 1999

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior, Municipal or Justice Court. The civil action must be filed within one year of this letter. This right may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

**Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.**

Sincerely,

*Barbara J. Osborne*
Barbara J. Osborne
Deputy Director
Enforcement Field Operations

EXHIBIT_F

DFEH-200-02 (8/99)

| CHARGE OF DISCRIMINATION | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | | ☐ FEPA<br>■ EEOC | 340-2003-09736 |

| California Department of Fair Employment and Housing and EEOC |
|---|
| *State or local Agency, if any* |

| NAME *(indicate Mr., Ms. or Mrs.)* | HOME TELEPHONE *(include area code)* |
|---|---|
| Ms. Jennifer Lu | (405) 209-8931 |

| STREET ADDRESS        CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 163 Exeter, Apt # 163,  Irvine, CA  92612 | March 3, 1982 |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one, list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(include area code)* |
|---|---|---|
| Abercrombie & Fitch at Crystal Court | Cat. D (500+) | 714-557-9787 |
| STREET ADDRESS    CITY, STATE AND ZIP CODE | | COUNTY |
| 3333 Bear St. Suite # 223, Costa Mesa, CA 92626 | | ORANGE |
| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(include area code)* |
| Abercrombie & Fitch | Cat. D (500+) | 614-283-6500 |
| STREET ADDRESS    CITY, STATE AND ZIP CODE | | COUNTY |
| 6301 Fitch Path, New Albany, Ohio 43054 | | FRANKLIN |

*(stamp: RECEIVED APR 2003 EEOC/ADO INTAKE)*

| CAUSE OF DISCRIMINATION BASED ON: *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ■ RACE   ■ COLOR   ■ SEX   ☐ RELIGION   ■ NATIONAL ORIGIN<br>☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(specify)* | EARLIEST          LATEST<br>8/7/02<br>■ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

I.   I am an Asian American female.  I was terminated from my position as a sales associate ("Brand Representative") at the Abercrombie & Fitch store in the Crystal Court Mall in Costa Mesa, California.  I had worked at the Crystal Court store from September 2000 to February 2003.

II.   I believe that I have been discriminated against by Abercrombie on the basis of national origin, color, race or sex for the following reasons:  I have worked in the sales associate position for three years.  Based on my experience and demonstrated responsibility, I was entrusted with the duties of handling the cash register and even returns and exchanges.  I am an undergraduate attending University of California at Irvine.  On or about February 8, 2003, I was terminated from the Crystal Court Abercrombie along with 4 other Asian American sales associates.  I believe the terminations were a direct result of a visit to the store by employees from Abercrombie's corporate offices, where they told the store management that it needed to "reevaluate the look" of the store and they pointed to a picture of a white male model hanging in the store, and stated something to the effect of, "This is the Abercrombie look."  I believe this was code language to recommend that minority sales staff, particularly the Asian Americans and females, be terminated from employment.

III.   I believe that Abercrombie has a pattern and practice of discriminating against minority individuals on the basis of national origin, color, race or sex in staffing sales positions in its stores nationwide.  I bring this charge on behalf of myself and similarly situated minority individuals denied sales positions as a result of national origin, color, race, or sex.

| ■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date *Jennifer Lu*  4/3/2003<br>Charging Party *(signature)* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>*Jennifer Lu*  4/3/03<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

251620.1

EXHIBIT G

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

☐ **H** 1001 Tower Way, Suite 250
Bakersfield, CA 93309
(805) 395-2729

☐ **C** 1320 E. Shaw Avenue, Suite 150
Fresno, CA 93710
(559) 244-4760

☐ **B** 611 West Sixth Street, Suite 1500
Los Angeles, CA 90017
(213) 439-6799

☐ **M** 1515 Clay Street, Suite 701
Oakland, CA 94612-2512
(510) 622-2941

☐ **E** 2000 "O" Street, Suite 120
Sacramento, CA 95814-5212
(916) 445-5523

☐ **D** 350 W. Ash Street, Suite 950
San Diego, CA 92101-3440
(619) 645-2681

☐ **A** 121 Spear Street, Suite 430
San Francisco, CA 94105
(415) 904-2303

☐ **G** 111 North Market Street, Suite 810
San Jose, CA 95113-1102
(408) 277-1277

☐ **K** 2101 E. Fourth Street, Suite 255-B
Santa Ana, CA 92705-3855
(714) 558-4266

Rachel Riddle
Human Resources Director
Abercrombie & Fitch
6301 Fitch Path
New Albany, OH 43054

EEOC Number: 340-2003-09736

Case Name: LU, JENNIFER

Date: April 29, 2003

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent**.

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior, Municipal or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

Barbara J. Osborne
Deputy Director
Enforcement Field Operations

DFEH-200-02 (03/03)

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>■ EEOC | 340-2003-09740 |

**California Department of Fair Employment and Housing and EEOC**
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.)<br><br>Mr. Austin Chu | HOME TELEPHONE (include area code)<br><br>949-857-1721 |
|---|---|
| STREET ADDRESS        CITY, STATE AND ZIP CODE<br><br>23 Timberline, Irvine, CA  92604 | DATE OF BIRTH<br><br>January 12, 1983 |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one, list below.)

| NAME<br><br>Abercrombie & Fitch at Crystal Court | NUMBER OF EMPLOYEES, MEMBERS<br><br>Cat. D (500+) | TELEPHONE (include area code)<br><br>714-557-9787 |
|---|---|---|
| STREET ADDRESS        CITY, STATE AND ZIP CODE<br><br>3333 Bear St. Suite # 223, Costa Mesa, CA 92626 | | COUNTY<br><br>Orange |
| NAME<br><br>Abercrombie & Fitch | NUMBER OF EMPLOYEES, MEMBERS<br><br>Cat. D (500+) | TELEPHONE (include area code)<br><br>614-283-6500 |
| STREET ADDRESS        CITY, STATE AND ZIP CODE<br><br>6301 Fitch Path, New Albany, Ohio 43054 | | COUNTY<br><br>Franklin |

| CAUSE OF DISCRIMINATION BASED ONK (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE<br>*EARLIEST*        *LATEST*<br>8/7/02 |
|---|---|
| ■ RACE    ☐ COLOR    ☐ SEX    ☐ RELIGION    ■ NATIONAL ORIGIN<br>☐ RETALIATION    ☐ AGE    ☐ DISABILITY    ☐ OTHER (specify) | ■ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

    I.   I am an Asian American male.  I was constructively discharged from my position as a sales associate ("Brand Representative") at the Abercrombie & Fitch store in the Crystal Court Mall in Costa Mesa, California, where I had worked from June 2001 to February 2003.

    II.   I believe that I have been discriminated against by Abercrombie on the basis of national origin, color, or race for the following reasons:  I have worked in the sales associate position for almost two years.  Based on my experience and demonstrated responsibility, I was entrusted with the duties of handling the cash register and even returns and exchanges.  I am an undergraduate attending University of California at Irvine.  After February 8, 2003, my hours were reduced from an average of 10–15 hours/week to only 4 hours in the month and a half period between February 8 and March 26, 2003.  At the same time my hours were reduced, management at the Crystal Court Abercrombie terminated 5 female Asian American sales associates and hired 5-7 white male sales associates.  I believe the terminations were a direct result of a visit to the store by employees from Abercrombie's corporate offices, where they told the store management that it needed to "reevaluate the look" of the store and they pointed to a picture of a white male model hanging in the store, and stated something to the effect of "This is the Abercrombie look."  I believe this was code language that minority sales staff, particularly Asian Americans and females, be terminated.

    III.   I believe that Abercrombie has a pattern and practice of discriminating against minority individuals on the basis of national origin, color, race or sex in staffing sales positions in its stores nationwide.  I bring this charge on behalf of myself and similarly situated minority individuals denied sales positions as a result of national origin, color, or race.

| ■   I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements)<br><br>RECEIVED<br><br>2003<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>4/7/03<br>Date                    Charging Party (signature) | SIGNATURE OF COMPLAINANT<br><br>4/7/03<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

251621.3

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

GRAY DAVIS, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

☐ 1001 Tower Way, Suite 250
  Bakersfield, CA 93309
H  (805) 395-2729

☐ 1320 E. Shaw Avenue, Suite 150
  Fresno, CA 93710
C  (559) 244-4760

☐ 611 West Sixth Street, Suite 1500
  Los Angeles, CA 90017
B  (213) 439-6799

☐ 1515 Clay Street, Suite 701
  Oakland, CA 94612-2512
M  (510) 622-2941

☐ 2000 "O" Street, Suite 120
  Sacramento, CA 95814-5212
E  (916) 445-5523

☐ 350 W. Ash Street, Suite 950
  San Diego, CA 92101-3440
D  (619) 645-2681

☐ 121 Spear Street, Suite 430
  San Francisco, CA 94105
A  (415) 904-2303

☐ 111 North Market Street, Suite 810
  San Jose, CA 95113-1102
G  (408) 277-1277

☐ 2101 E. Fourth Street, Suite 255-B
  Santa Ana, CA 92705-3855
K  (714) 558-4266

Rachel Riddle
Human Resources Director
Abercrombie & Fitch
6301 Fitch Path
Costa Mesa, CA 92626

EEOC Number: 340-2003-09740

Case Name: CHU, AUSTIN C

Date: April 29, 2003

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior, Municipal or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

Barbara J. Osborne
Deputy Director
Enforcement Field Operations

DFEH-200-02 (03/03)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| | ☐ FEPA | |
| | ■ EEOC | |

California Department of Fair Employment and Housing and EEOC
*State or local Agency, if any*

**RECEIVED**

**JUN 1 6 2003**

**EEOC - OLO**

| NAME (indicate Mr., Ms. or Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Ms. Ivy Nguyen | (714) 635-7065 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 1503 West Kimberly, Anaheim, CA 92802 | 09/21/1983 |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one, list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Abercrombie & Fitch at Crystal Court | Cat. D (500+) | (714) 557-9787 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 3333 Bear St. Suite # 223 / Costa Mesa, CA 92626 | Orange |

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Abercrombie & Fitch | Cat. D (500+) | 614-283-6500 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 6301 Fitch Path, New Albany, Ohio 43054 | FRANKLIN |

| CAUSE OF DISCRIMINATION BASED ON K (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ■ RACE   ■ COLOR   ■ SEX   ☐ RELIGION   ■ NATIONAL ORIGIN | EARLIEST 02/8/03      LATEST |
| ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (specify) | ■ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.   I am an Asian American female.  Around February 8, 2003, I was terminated from my position as a sales associate ("Brand Representative") at the Abercrombie & Fitch store in the Crystal Court Mall in Costa Mesa, California.  I had worked there from June 2002 to February 2003.

II.   I believe that I have been discriminated against by Abercrombie on the basis of national origin, color, race, or sex for the following reasons:  I have worked in the sales associate position for three years.  Based on my experience and demonstrated responsibility, I was entrusted with the duties of handling the cash register and even returns and exchanges.  I am an undergraduate attending University of California at Irvine.  On or about February 8, 2003, I was terminated from the Crystal Court Abercrombie along with 4 other Asian American sales associates.  I believe the terminations were racially motivated.

III.   I believe that Abercrombie has a pattern and practice of discriminating against minority individuals on the basis of national origin, color, race, or sex in staffing sales positions in its stores nationwide.  I bring this charge on behalf of myself and similarly situated minority individuals denied sales positions as a result of national origin, color, race, or sex.

| ■  I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | 6/13/03 |
| Date  6/13/03          Charging Party (signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

248204.2

EXHIBIT I

# CHARGE OF DISCRIMINATION

| | CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA ☒ EEOC | 345-2003-04040 |

CA DEPT OF FAIR EMPLOYMENT/HOUSING _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Angeline Wu | (626) 475-9440 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2205 Robruce Drive, Hacienda Heights, CA 91745 | | 08/14/1983 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| ABERCROMBIE & FITCH | Cat C (201-500) | (714) 557-9787 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 3333 Bear Street (Suite 223), Costa Mesa, CA 92626 | | 059 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN <br> ☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify)* | EARLIEST: 02/09/2003 LATEST: 02/09/2003 <br> ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I.   I was hired on or about 09-16-02, as a Sales Associate. On 02-09-03, I was laid off.

II.  According to Kyle Richter (General Manager, White), the action was taken because the business slowed down and there were too many employees.

III. I believe I have been discriminated against because of my race, Asian, and my sex, Female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
APR 17 2003
EEOC/LADO
SDAO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 4/14/03 <br> Date     Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)* |

EEOC FORM 5 (Rev. 07/99)

**CHARGING PARTY COPY**

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



**Abercrombie & Fitch**
**P.O. Box 182168**
**Columbus, OH   43218**

TTY # (800) 700-2320

☐  **1001 Tower Way, Suite 250**
H      Bakersfield, CA  93309
       (805) 395-2729

☐  **1320 E. Shaw Avenue, Suite 150**
C      Fresno, CA  93710
       (559) 244-4760

☐  **611 West Sixth Street, Suite 1500**
B      Los Angeles, CA  90017
       (213) 439-6799

☐  **1515 Clay Street, Suite 701**
M      Oakland, CA  94612-2512
       (510) 622-2941

☐  **2000 "O" Street, Suite 120**
E      Sacramento, CA  95814-5212
       (916) 445-5523

☐  **350 W. Ash Street, Suite 950**
D      San Diego, CA  92101-3440
       (619) 645-2681

☐  **121 Spear Street, Suite 430**
A      San Francisco, CA  94105
       (415) 904-2303

☐  **111 North Market Street, Suite 810**
G      San Jose, CA  95113-1102
       (408) 277-1277

☐  **2101 E. Fourth Street, Suite 255-B**
K      Santa Ana, CA  92705-3855
       (714) 558-4266

EEOC Number:   **345-2003-04040**

Case Name:   **Wu v. Abercrombie & Fitch**

Date:   **4/22/03**

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC).  The complaint will be filed in accordance with California Government Code section 12960.  This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint.  DFEH will not be conducting an investigation into this matter.  EEOC should be contacted directly for any discussion of the charge.  DFEH is closing its case on the basis of "processing waived to another agency."

### NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice.  According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint.  The lawsuit may be filed in a State of California Superior, Municipal or Justice Court.  Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice.  Pursuant to Government Code section 12965, subdivision (d)(1), this one year period will be tolled during the pendency of the EEOC's investigation of your complaint.  You should consult an attorney to determine with accuracy the date by which a civil action must be filed.  This right to file a civil action may be waived in the event a settlement agreement is signed.  Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember:  This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

Barbara J. Osborne
Deputy Director
Enforcement Field Operations

DFEH-200-02 (03/03)

**CHARGE OF DISCRIMINATION** This form is affected by the Privacy Act of 1974; See Privacy Act
Statement before completing this form.

AGENCY ☐ FEPA

■ EEOC

CHARGE NUMBER

California Department of Fair Employment and Housing and EEOC    *State or local Agency, if any*

NAME (indicate Mr., Ms. or Mrs.) Mr. Eric Fight

OME TELEPHONE (include area code) 310-450-9498

STREET ADDRESS CITY, STATE AND ZIP CODE 634 Westminster Avenue, #5, Venice, CA 90291

ATE OF BIRTH May 30, 1974

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (if more than one, list below.)

NAME Abercrombie & Fitch at the Third Street Promenade    NUMBER OF EMPLOYEES, MEMBERS Cat. D (500+)    TELEPHONE (include area code) 310-899-2966

STREET ADDRESS CITY, STATE AND ZIP CODE 1345 Third Street Promenade, Santa Monica, CA 90401

OUNTY Los Angeles

NAME Abercrombie & Fitch    NUMBER OF EMPLOYEES, MEMBERS Cat. D (500+)    TELEPHONE (include area code) 614-283-6500

STREET ADDRESS CITY, STATE AND ZIP CODE 6301 Fitch Path, New Albany, OH 43054

OUNTY Franklin

CAUSE OF DISCRIMINATION BASED ONK (Check appropriate box(es)) ■ RACE    ■ COLOR    ☐ SEX    ☐

RELIGION  ☐ NATIONAL ORIGIN    ☐ RETALIATION    ☐ AGE    ☐ DISABILITY  ☐

OTHER (specify)

ATE DISCRIMINATION TOOK PLACE EARLIEST    LATEST 11/02    ■ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)): I. I am an African American male. I was denied a position as a sales associate ("Brand Representative") at the Abercrombie & Fitch store in the Third Street Promenade in Santa Monica, California. I initially applied to work at that store in May 2003. During my interview, I informed the manager that I had substantial clothing retail sales experience working with the Gap, Urban Outfitters, and Miller's Outpost. The manager told me that the store would call me about a decision within a week. One week later, I called the store to inquire about my application, and the same manager told me that the store was not hiring floor sales associates. Roughly ten days later, the stock room manager called me and offered me a stock room position. I began work in that capacity, expecting that the store would soon be hiring floor sales associates again and that I could reapply for such a position then. On my second day of work in the stock room, in June 2003, I met a new white floor sales associate who was working his first day with Abercrombie. Knowing that he had recently been hired, I realized that the manager had deceived me about the availability of floor sales associate positions. Therefore, in June 2003, I was constructively discharged when I learned that I was not allowed to work on the sales floor due to my race or color and that I had been misled by the manager with whom I had interviewed into believing that there were no regular floor sales associate positions available. II. I believe that I have been discriminated against by Abercrombie on the basis of color or race for the following reasons. I had substantial retail clothing sales experience, and I informed the manager about my interest in working on the floor as a sales associate. However, I was channeled to a stock room position instead, where I would be out of public view. III. I believe that Abercrombie has a pattern and practice of discriminating against minority individuals on the basis of color or race in staffing sales positions in its stores nationwide. I bring this charge on behalf of myself and similarly situated minority individuals denied sales positions as a result of color or race.

■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure.    NOTARY - (When necessary for State and Local Requirements) I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.  Date Charging Party (signature)

SIGNATURE OF COMPLAINANT

COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year).

8-16-03

**EXHIBIT** K

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | |

California Department of Fair Employment and Housing and EEOC
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.)<br><br>Ms. Carla Grubb | HOME TELEPHONE (include area code)<br><br>661-205-4340 cell<br>661-831-3470 home |
|---|---|
| STREET ADDRESS          CITY, STATE AND ZIP CODE<br><br>3112 Jackie Court, Bakersfield, CA 93313 | DATE OF BIRTH<br><br>October 4, 1983 |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)**

| NAME<br><br>Abercrombie & Fitch at Bakersfield Valley Plaza Mall | NUMBER OF EMPLOYEES, MEMBERS<br><br>Cat. D (500+) | TELEPHONE (include area code)<br><br>661-832-1549 |
|---|---|---|
| STREET ADDRESS          CITY, STATE AND ZIP CODE<br><br>2701 Ming Avenue, Bakersfield, CA  93304 | | COUNTY<br><br>Kern |
| NAME<br><br>Abercrombie & Fitch | NUMBER OF EMPLOYEES, MEMBERS<br><br>Cat. D (500+) | TELEPHONE (include area code)<br><br>614-283-6500 |
| STREET ADDRESS          CITY, STATE AND ZIP CODE<br><br>6301 Fitch Path, New Albany, OH  43054 | | COUNTY<br><br>Franklin |

| CAUSE OF DISCRIMINATION BASED ON: (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN<br><br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (specify) | EARLIEST          LATEST<br>11/02<br><br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

   I.   I am an African American female. I was denied a position as a sales associate ("Brand Representative") at the Abercrombie & Fitch store in the Bakersfield Valley Plaza Mall in Bakersfield, California. I began to work in November 2002. In approximately late January 2003, I was constructively discharged from my position.

   II.   I believe that I have been discriminated against by Abercrombie on the basis of color, race, or national origin for the following reasons. I had four years of retail sales experience. I am an undergraduate at California State University at Bakersfield. However, I was given work assignments with few hours at inconvenient times as a sales associate. Despite requesting longer shifts during business hours, I was generally assigned clean-up shifts just before and after the store closed, usually for only 2 hours at a time, usually at most 10 hours a week. I spent the vast majority of my work time dusting and cleaning. In late January 2003, shortly after an early January corporate visit to the store, I stopped receiving shift assignments, despite continuing to express my availability for times as flexible as 8 am to 10 pm. Since I have not been scheduled for any shifts since January 2003, I have concluded that I have been constructively discharged.

   III.   I believe that Abercrombie has a pattern and practice of discriminating against minority individuals on the basis of color, race, or national origin in staffing sales positions in its stores nationwide. I bring this charge on behalf of myself and similarly situated minority individuals denied sales positions as a result of color, race, or national origin.

| ☒  I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 8/16/03<br>Date          Charging Party (signature) | *Carla Grubb*  8/16/03<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

775622 1

EXHIBIT L

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ■ EEOC | |

California Department of Fair Employment and Housing and EEOC
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Mr. David Culpepper | 510-830-9004 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 2315 Jefferson Ave., #3, Berkeley, CA 94703 | October 7, 1977 |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)**

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Abercrombie & Fitch at San Francisco Shopping Center, *and* Abercrombie & Fitch at SF Stonestown Galleria | Cat. D (500+) | 415-284-9276  415-664-3091 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | | COUNTY |
|---|---|---|
| 865 Market St., San Francisco, CA 94103, *and* 3251 Twentieth Ave., Suite #202, San Francisco, CA 94132 | | San Francisco |

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Abercrombie & Fitch | Cat. D (500+) | 614-283-6500 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | | COUNTY |
|---|---|---|
| 6301 Fitch Path, New Albany, Ohio 43054 | | Franklin |

| CAUSE OF DISCRIMINATION BASED ON: (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE EARLIEST          LATEST |
|---|---|
| ■ RACE   ■ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN  ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (*specify*) | 5/01/02  ■ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.   I am an African American male. I was denied a position as a sales associate ("Brand Representative") at the Abercrombie & Fitch stores in the SF Shopping Center and SF Stonestown Galleria in San Francisco, California. I applied to work at the SF Shopping Center store in late May 2002, September 2002, and early June 2003 by handing a written application to an Abercrombie sales associate or manager each time. On the first visit, the Abercrombie employee stated that she would pass the application to the manager. On the second and third visits, the managers there told me that the store was not hiring and that there were no positions available. I also applied to work at the SF Stonestown Galleria store in June 2002, late November or early December 2002, and March 2003 by handing a written application to an Abercrombie sales associate or manager each time. On the first and third visits, the Abercrombie employees there told me that the store was not hiring and that there were no positions available. On the second visit, the Abercrombie employee stated that the store would contact me if they were interested. During none of these six application attempts did any Abercrombie employee inform me of the existence of a group interview or ask about my qualifications. Because I visited both locations frequently, I noticed many new white Brand Representatives working at both stores, several of whom informed me that they had been hired in recent weeks (during times immediately before and after each of my application attempts). I was not hired nor was I ever contacted by Abercrombie.

II.   I believe that I have been discriminated against by Abercrombie on the basis of color or race because I was qualified for the Brand Representative position. By May 2002, I had substantial experience as a sales associate for comparable stores including Banana Republic, Aeropostale, and Instant (a boutique clothing store in New York City). I was then a recent graduate of the University of California at Berkeley. I am currently a graduate student there. Furthermore, in June 2002, within a few weeks of my first application to the SF Shopping Center, four white male friends of mine with no retail experience applied to that store and were all hired on the spot and scheduled for their first shifts.

III.   I believe that Abercrombie has a pattern and practice of discriminating against minority individuals on the basis of national origin, color, or race in staffing sales positions in its stores nationwide. I bring this charge on behalf of myself and similarly situated minority individuals denied sales positions as a result of national origin, color, or race.

| | NOTARY – (When necessary for State and Local Requirements) |
|---|---|
| ■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.  *David Culpepper*  Charging Party (signature) | SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date 8/6/03 | |

# EXHIBIT M

RECEIVED

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ■ EEOC | 340-2004-00740 |

DEC 2 9 2003

California Department of Fair Employment and Housing and EEOC
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Patrice Douglass | 510-367-9956 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 4674 Elmwood Road | El Sobrante, California 94803 | 10/13/84 |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)**

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Abercrombie & Fitch at Bay Street | Cat. D (500+) | 510-595-1360 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 5680 Bay Street | Emeryville, California 94608 | Alameda |

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| A&F California, LLC | Cat. D (500+) | 614-283-6500 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 6301 Fitch Path, New Albany, OH 43054 | | Franklin |

CAUSE OF DISCRIMINATION BASED ON K (Check appropriate box(es))

■ RACE  ■ COLOR  ☐ SEX  ☐ RELIGION  ■ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 05/03   LATEST

■ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.   I am an African American female. I was denied a position as a sales associate ("Brand Representative") at the Abercrombie & Fitch store at Bay Street in Emeryville, California. In May of 2003 I submitted my application to a Manager on duty. From the initial point of contact until I walked out of the store, the Manager was distant and dismissive. After scrutinizing my application and commenting on details such as my inclusion of a cellular and dormitory phone number rather than the "usual" applicant's choice to list only a cellular number, the Manager stated that it was early in the season to submit an application for summer employment. I never received a follow up call from Abercrombie.

II.   I believe that Abercrombie discriminated against me on the basis of color, race, or national origin for the following reasons. At the time I applied for the Brand Representative position I was a college student and Rugby player at the University of California, Santa Cruz. Additionally, I possessed commensurate retail sales experience and wore almost exclusively Abercrombie clothes. One week after I was informed by Abercrombie Management that May was early for me to apply for a summer job which would begin in June, a Caucasian friend of mine requested an application for summer employment as a Brand Representative at the same Abercrombie store. Upon requesting an application she was instructed to attend one of the group interviews that the Company held every Wednesday.

III.   I believe that Abercrombie has a pattern and practice of discriminating against minority individuals on the basis of color, race, or national origin in staffing sales positions in its stores nationwide. I bring this charge on behalf of myself and similarly situated minority individuals denied sales positions as a result of color, race, or national origin.

| ■ I want this charge filed with both the EEOC and the State or local Agency, If any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Date 11, December, 2003   Charging Party (signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) 11 December 2003 23, 2003  EEOC/A ADO |

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    GRAY DAVIS, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

☐ 1001 Tower Way, Suite 250
H  Bakersfield, CA 93309
   (805) 395-2729

☐ 1320 E. Shaw Avenue, Suite 150
C  Fresno, CA 93710
   (559) 244-4760

☐ 611 West Sixth Street, Suite 1500
B  Los Angeles, CA 90017
   (213) 439-4799

☐ 1515 Clay Street, Suite 701
M  Oakland, CA 94612-2512
   (510) 622-2941

☐ 2000 "O" Street, Suite 120
E  Sacramento, CA 95814-6212
   (916) 445-5523

☐ 350 W. Ash Street, Suite 950
D  San Diego, CA 92101-3440
   (619) 645-2681

☐ 121 Spear Street, Suite 430
A  San Francisco, CA 94105
   (415) 904-2303

☐ 111 North Market Street, Suite 810
G  San Jose, CA 95113-1102
   (408) 277-1277

☐ 2101 E. Fourth Street, Suite 255-B
K  Santa Ana, CA 92705-3855
   (714) 558-4266

Ms. Rachel Riddle
Abercrombie & Fitch
6301 Fitch Path
New Albany, Ohio

EEOC Number:    340-2004-00740

Case Name:    Douglass, Patrice

Date:    December 23, 2003

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

<u>No response to the DFEH is required by the respondent.</u>

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior, Municipal or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

<u>Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.</u>

Sincerely,

Barbara J. Osborne
Deputy Director
Enforcement Field Operations

DFEH-200-02 (03/03)

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☑ EEOC | 340-2004-00747 |

California Department of Fair Employment and Housing and EEOC
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.) | | HOME TELEPHONE (include area code) |
|---|---|---|
| Mr. Robair Sherrod | | 310-767-1116 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 942 E. Diamondale Dr. | Carson, CA 90746 | 09/21/75 |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one, list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Abercrombie & Fitch at Redondo Beach, South Bay Galleria | Cat. D (500+) | 301-371-5575 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| Hawthorne & Artesia Blvd    Redondo Beach, CA 90278 | | Los Angeles |
| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
| A&F California, LLC | Cat. D (500+) | 614-283-6500 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 6301 Fitch Path, New Albany, OH 43054 | | Franklin |

| CAUSE OF DISCRIMINATION BASED ONK (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST          LATEST |
|---|---|
| ☑ RACE   ☑ COLOR   ☐ SEX   ☐ RELIGION   ☑ NATIONAL ORIGIN<br>☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (specify) | 12/2002<br>☑ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. I am an African American male. I was denied a position as a sales associate ("Brand Representative") at the Abercrombie & Fitch store at Redondo Beach, South Bay Galleria, California. I applied for a position in approximately December 2002 and interviewed with the Company in approximately January and February 2003. Though I was told I would receive a call regarding my interview and application, I received no subsequent contact from Abercrombie and I was not hired for the sales position.

II. I believe that I have been discriminated against by Abercrombie on the basis of color, race, or national origin for the following reasons. I am a college senior majoring in Business Management at California State University at Dominguez Hills. When I applied to Abercrombie, I had completed an Associate Degree from Santa Monica College and was taking a few preparatory courses at El Camino College. I had a very flexible schedule, and informed Abercrombie of the same. I also informed Abercrombie that I had approximately five years of experience in sales and retail sales. In addition, I have been a regular patron of Abercrombie stores, and own a wardrobe of their clothes. Despite the fact that Abercrombie was clearly hiring new Brand Representatives, I was not offered a position

III. I believe that Abercrombie has a pattern and practice of discriminating against minority individuals on the basis of color, race or national origin in staffing sales positions in its stores nationwide. I bring this charge on behalf of myself and similarly situated minority individuals denied sales positions as a result of color, race, or national origin.

| ☑ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT **RECEIVED** |
| Date 12-11-03                    *Charging Party (signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)    DEC 1 2003  EEOC/LADO  INTAKE |

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

☐ 1001 Tower Way, Suite 250
**H** Bakersfield, CA 93309
(805) 395-2729

☐ 1320 E. Shaw Avenue, Suite 150
**C** Fresno, CA 93710
(559) 244-4760

☐ 611 West Sixth Street, Suite 1500
**B** Los Angeles, CA 90017
(213) 439-6799

☐ 1515 Clay Street, Suite 701
**M** Oakland, CA 94612-2512
(510) 622-2941

☐ 2000 "O" Street, Suite 120
**E** Sacramento, CA 95814-5212
(916) 445-6623

☐ 350 W. Ash Street, Suite 950
**D** San Diego, CA 92101-3440
(619) 645-2681

☐ 121 Spear Street, Suite 430
**A** San Francisco, CA 94105
(415) 904-2303

☐ 111 North Market Street, Suite 810
**G** San Jose, CA 95113-1102
(408) 277-1277

☐ 2101 E. Fourth Street, Suite 255-B
**K** Santa Ana, CA 92705-3655
(714) 558-4266

Ms. Rachel Riddle                         EEOC Number: 340-2004-00747
Human Resources Manager
Abercrombie & Fitch at                    Case Name: Robair Sherrod
Redondo Beach, South Bay
6301 Fitch Path                           Date: December 30, 2003
New Albany, OH 43054

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

### NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior, Municipal or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

Barbara J. Osborne
Deputy Director
Enforcement Field Operations

DFEH-200-02 (03/0

# NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Eduardo Gonzalez
27474 Capri Ave.
Hayward, CA 94545

From: Equal Employment Opportunity Commission
255 East Temple Street, 4th Floor
Los Angeles, California 90012

[    ]    *On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340-2003-09802 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be **filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]    More than 180 days have passed since the filing of this charge.

[    ]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[    ]    The EEOC is terminating its processing of this charge.

[ X ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[    ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[    ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Olophius E. Perry,  Director
Los Angeles District Office

*(Date Mailed)*

Enclosure(s)

cc:    ABERCROMBIE & FITCH

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Encarnacion Gutierrez<br>8909 Stansbury Ave.<br>Panorama City, CA 91402 | From: Equal Employment Opportunity Commission<br>255 East Temple Street, 4th Floor<br>Los Angeles, California 90012 |

[   ]   *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340A201971 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]    More than 180 days have passed since the filing of this charge.

[   ]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[   ]    The EEOC is terminating its processing of this charge.

[ X ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[   ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[   ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Olophius E. Perry, Director         *12/30/13*
Los Angeles District Office          *(Date Mailed)*

Enclosure(s)

cc:    ABERCROMBIE & FITCH

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:Johan Montoya<br>15415 Vanowen St. #15<br>Van Nuys, CA 91406 | From: Equal Employment Opportunity Commission<br>255 East Temple Street, 4th Floor<br>Los Angeles, California 90012 |

[     ]    *On behalf of person(s) aggrieved whose identity is*
          *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340-2003-09730 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]    More than 180 days have passed since the filing of this charge.

[     ]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[     ]    The EEOC is terminating its processing of this charge.

[ X ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[     ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[     ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)                Olophius E. Perry,  Director                    *(Date Mailed)*
                            Los Angeles District Office

cc:    ABERCROMBIE & FITCH

EEOC Form 161-B (10/96)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Juan C. Gomez-Monetjano<br>411 Kelton Ave. #329<br>Los Angeles, CA 90063 | From: Equal Employment Opportunity Commission<br>255 East Temple Street, 4th Floor<br>Los Angeles, California 90012 |

[   ]   *On behalf of person(s) aggrieved whose identity is*
        *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340A00452 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]   More than 180 days have passed since the filing of this charge.

[   ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[   ]   The EEOC is terminating its processing of this charge.

[ X ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[   ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[   ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Olophius E. Perry, Director                          10/30/03
Los Angeles District Office                          *(Date Mailed)*

Enclosure(s)

cc:   ABERCROMBIE & FITCH

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Jennifer Lu
163 Exeter #163
Irvine, CA 92612

From: Equal Employment Opportunity Commission
255 East Temple Street, 4th Floor
Los Angeles, California 90012

[    ]     *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340-2003-09736 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]     More than 180 days have passed since the filing of this charge.

[    ]     Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[    ]     The EEOC is terminating its processing of this charge.

[ X ]     The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[    ]     The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[    ]     The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Olophius E. Perry,  Director
Los Angeles District Office

5/20/03
*(Date Mailed)*

Enclosure(s)

cc:     ABERCROMBIE & FITCH

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Austin Chu<br>23 Timberline<br>Irvine, CA 92604 | From: Equal Employment Opportunity Commission<br>255 East Temple Street, 4th Floor<br>Los Angeles, California 90012 |

[    ]    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340-2003-09740 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be **filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]    More than 180 days have passed since the filing of this charge.

[    ]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[    ]    The EEOC is terminating its processing of this charge.

[ X ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[    ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[    ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)

Olophius E. Perry, Director
Los Angeles District Office

12/20/03
*(Date Mailed)*

cc:    ABERCROMBIE & FITCH

EEOC Form 161-B (10/96)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Ivy Nguyen
1503 West Kimberly
Anaheim, CA 92802

From: Equal Employment Opportunity Commission
255 East Temple Street, 4th Floor
Los Angeles, California 90012

[    ]    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 376-2003-00317 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]    More than 180 days have passed since the filing of this charge.

[    ]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[    ]    The EEOC is terminating its processing of this charge.

[ X ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[    ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[    ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Olophius E. Perry, Director
Los Angeles District Office

*(Date Mailed)*

Enclosure(s)

cc:    ABERCROMBIE & FITCH

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Angeline Wu
2205 Robruce Drive
Hacienda Heights, CA 91745

From: Equal Employment Opportunity Commission
255 East Temple Street, 4th Floor
Los Angeles, California 90012

[    ]        *On behalf of person(s) aggrieved whose identity is*
             *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 345-2003-04040 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]        More than 180 days have passed since the filing of this charge.

[    ]        Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[    ]        The EEOC is terminating its processing of this charge.

[ X ]        The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[    ]        The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[    ]        The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)

Olophius E. Perry,  Director
Los Angeles District Office

*(Date Mailed)*

cc:    ABERCROMBIE & FITCH

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:Eric Fight<br>634 Westminster Ave. #5<br>Venice, CA 90291 | From: Equal Employment Opportunity Commission<br>255 East Temple Street, 4th Floor<br>Los Angeles, California 90012 |

[     ]   *On behalf of person(s) aggrieved whose identity is*
         *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340-2003-11249 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[     ]   More than 180 days have passed since the filing of this charge.

[ X ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[     ]   The EEOC is terminating its processing of this charge.

[ X ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[     ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[     ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Olophius E. Perry,  Director
Los Angeles District Office

10-30-03

*(Date Mailed)*

Enclosure(s)

cc:   ABERCROMBIE & FITCH

EEOC Form 161-B (10/96)                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: Carla Grubb | From: Equal Employment Opportunity Commission |
|---|---|
| 3112 Jackie Court | 255 East Temple Street, 4th Floor |
| Bakersfield, CA 93313 | Los Angeles, California 90012 |

[    ]   *On behalf of person(s) aggrieved whose identity is*
         *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340-2003-11248 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[    ]   More than 180 days have passed since the filing of this charge.

[ X ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[    ]   The EEOC is terminating its processing of this charge.

[ X ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[    ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[    ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)                   Olophius E. Perry,  Director              *(Date Mailed)*
                               Los Angeles District Office

cc:    ABERCROMBIE & FITCH

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: David Culpepper<br>2315 Jefferson Ave. #3<br>Berkeley, CA 94703 | From: Equal Employment Opportunity Commission<br>255 East Temple Street, 4th Floor<br>Los Angeles, California 90012 |

[    ]    *On behalf of person(s) aggrieved whose identity is*
        *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340-2003-11246 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[    ]    More than 180 days have passed since the filing of this charge.

[ X ]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[    ]    The EEOC is terminating its processing of this charge.

[ X ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[    ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[    ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Olophius E. Perry,  Director                    10/30/03
Los Angeles District Office                     *(Date Mailed)*

Enclosure(s)

cc:    ABERCROMBIE & FITCH

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Patrice Douglass
    4674 Elmwood Road
    El Sobrante, CA 94803

From: Equal Employment Opportunity Commission
    255 East Temple Street, 4th Floor
    Los Angeles, California 90012

[    ]    *On behalf of person(s) aggrieved whose identity is*
           *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340-2004-00740 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[    ]    More than 180 days have passed since the filing of this charge.

[ X ]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[    ]    The EEOC is terminating its processing of this charge.

[ X ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[    ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[    ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)

Olophius E. Perry, Director
Los Angeles District Office

*(Date Mailed)*

cc:    ABERCROMBIE & FITCH

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Robair Sherrod
    942 East Diamondale Drive
    Carson, CA  90746

From: Equal Employment Opportunity Commission
    255 East Temple Street, 4th Floor
    Los Angeles, California  90012

[  ]   *On behalf of person(s) aggrieved whose identity is
      CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340-2004-00747 | Legal Officer of the Day | (213) 894-1000 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[  ]     More than 180 days have passed since the filing of this charge.

[ X ]     Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[  ]     The EEOC is terminating its processing of this charge.

[ X ]     The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[  ]     The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[  ]     The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Bettie Brana*

Olophius E. Perry, Director
Los Angeles District Office

12-30-03

*(Date Mailed)*

Enclosure(s)

cc:   ABERCROMBIE & FITCH