| | |
|---|---|
| 1 | Douglas R. Young (State Bar No. 073248) |
| | Douglas E. Dexter (State Bar No. 115868) |
| 2 | Sandra A. Kearney (State Bar No. 154578) |
| | FARELLA BRAUN & MARTEL LLP |
| 3 | Russ Building, 30th Floor |
| | 235 Montgomery Street |
| 4 | San Francisco, CA  94104 |
| | Telephone:  (415) 954-4400 |
| 5 | Facsimile:  (415) 954-4480 |
| 6 | OF COUNSEL: |
| | Thomas B. Ridgley (Ohio Bar No. 0000910) |
| 7 | Sandra J. Anderson (Ohio Bar No. 0002044) |
| | Mark A. Knueve (Ohio Bar No. 0067074) |
| 8 | VORYS, SATER, SEYMOUR & PEASE LLP |
| | 52 East Gay Street |
| 9 | P.O. Box 1008 |
| | Columbus, OH 43216-1008 |
| 10 | Telephone: (614) 464-6400 |
| | Facsimile: (614) 464-6350 |
| 11 | |
| | Attorneys for Defendants |
| 12 | ABERCROMBIE & FITCH STORES, INC., |
| | A&F CALIFORNIA, LLC, A&F OHIO, INC. and |
| 13 | ABERCROMBIE & FITCH MANAGEMENT CO. |

14  UNITED STATES DISTRICT COURT

15  NORTHERN DISTRICT OF CALIFORNIA

16  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GÓMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS, and ROBAIR SHERROD, BRANDY HAWK and ANDRE STEELE, on behalf of themselves and all others similarly situated, | Case No.  C03-2817 SI |
| 18 | | **PROOF OF SERVICE** |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO., | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

PROOF OF SERVICE                                                                 CASE NO.  C03-2817 SI

# PROOF OF SERVICE

I, Patricia Voight, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Russ Building, 30th Floor, 235 Montgomery Street, San Francisco, California 94104.

On September 12, 2003, I served a copy of the within document(s):

**ANSWER OF DEFENDANTS ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., AND ABERCROMBIE & FITCH MANAGEMENT CO. TO FOURTH AMENDED CLASS ACTION COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Joseph C. Kohn<br>Martin J. D'Urso<br>Diana Liberto<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA  19107 | Sidney L. Gold<br>Traci M. Greenberg<br>Sidney L. Gold & Associates, P.C.<br>1835 Market Street, Suite 515<br>Philadelphia, PA  19103 |
| Bryan L. Clobes<br>Melody Forrester<br>Jeffrey D. Lerner<br>Miller Faucher and Cafferty<br>One Logan Square, Suite 1700<br>Philadelphia, PA  19103 | Cleo Fields<br>The Fields Law Firm LLC<br>2147 Government Street<br>Baton Rouge, LA  70806-5312 |
| James F. Keller<br>Zachary Gottesman<br>GOTTESMAN & ASSOCIATES<br>2121 URS Center<br>36 East 7th Street<br>Cincinnati, OH  45202 | Anna Y. Park<br>Gregory Gochanour<br>John C. Hendrickson<br>U.S. Equal Employment Opportunity Commission<br>500 West Madison Street, Suite 2800<br>Chicago, IL  60661 |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

PROOF OF SERVICE - 1 -    CASE NO.  C03-2817 SI

| | |
|---|---|
| Peter Laura<br>US Equal Employment Opportunity Commission<br>255 East Temple Street, 4th Floor<br>Los Angeles, CA 90012 | Jack W. Lee<br>Lisa Duarte<br>John Ota<br>Minami Lew & Tamaki LLP<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2003, at San Francisco, California.

        /S/ Patricia Voight
        Patricia Voight

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE — - 2 - — CASE NO. C03-2817 SI