UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GOMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN, ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS, and ROBAIR SHERROD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, and A&F OHIO, INC.,<br><br>Defendants. | Case No. 03-2817 SI<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE RE: SETTLEMENT** |

WHEREAS, the Court granted final approval to the settlement of this action on April 14, 2005;

WHEREAS, the settlement included a Consent Decree, through which the Court continues to exercise jurisdiction over aspects of the issues raised during the litigation;

WHEREAS, the Consent Decree requires the parties and the Monitor to appear before the Court for an annual status conference in or around mid-August during the course of the Consent Decree's operation;

1       WHEREAS, the parties, pursuant to the Consent Decree, intend to advise the
2 Court of their progress in implementing the terms of the Consent Decree reached pursuant to
3 Court-approved settlement;
4       The parties, by and through their counsel of record, stipulate and agree as follows:
5       1.    The status conference to discuss settlement is scheduled for August 22,
6 2006 at 3:00 p.m.
7       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
8 Respectfully submitted,

| | |
|---|---|
| Julie Su<br>Minah Park<br>ASIAN PACIFIC AMERICAN LEGAL CENTER<br>1145 Wilshire Boulevard, 2nd Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 977-7500<br>Facsimile: (213) 977-7595 | Thomas A. Saenz<br>Shaheena Ahmad Simons<br>MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND<br>634 South Spring Street<br>Los Angeles, CA 90014<br>Telephone: (213) 629-2512<br>Facsimile: (213) 629-0266 |
| Kimberly West-Faulcon<br>NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.<br>1055 Wilshire Blvd., Suite 1480<br>Los Angeles, CA 90017<br>Telephone: (213) 975-0211<br>Facsimile: (213) 202-5773 | Bill Lann Lee<br>Kelly M. Dermody<br>Eve H. Cervantez<br>Elizabeth A. Alexander<br>Jahan C. Sagafi<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| Sidney L. Gold<br>Traci M. Greenberg<br>SIDNEY L. GOLD & ASSOCIATES, P.C.<br>1835 Market Street, Suite 515<br>Philadelphia, PA 19103<br>Telephone: (215) 569-1999 | Bryan L. Clobes<br>Melody Forrester<br>Jeffrey D. Lerner<br>MILLER FAUCHER AND CAFFERTY<br>One Logan Square, Suite 1700<br>Philadelphia, PA 19103<br>Telephone: (215) 864-2800 |

| | | |
|---|---|---|
| 1 | Cleo Fields<br>RAINBOW/PUSH COALITION | Joseph C. Kohn<br>Martin J. D'Urso |
| 2 | 930 East 50th Street<br>Chicago, IL 60615 | Diana Liberto<br>Hilary Cohen |
| 3 | Telephone: (773) 373-3366 | KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100 |
| 4 | | Philadelphia, PA 19107<br>Telephone: (215) 238-1700 |
| 5 | James F. Keller<br>Zachary Gottesman | |
| 6 | GOTTESMAN & ASSOCIATES<br>2121 URS Center | |
| 7 | 36 East 7th Street<br>Cincinnati, OH 45202 | |
| 8 | (513) 651-2121 | |

Dated: June 30, 2006

By:   */s/ Jahan C. Sagafi*
       Jahan C. Sagafi

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 12 | Thomas B. Ridgley<br>Sandra J. Anderson | Douglas R. Young<br>Douglas E. Dexter |
| 13 | Mark A. Knueve<br>VORYS, SATER, SEYMOUR & PEASE, LLP | Sandra A. Kearney<br>FARELLA BRAUN & MARTEL, LLP |
| 14 | 52 East Gay Street, P.O. Box 1008 | Russ Building, 30th floor<br>235 Montgomery Street |
| 15 | Columbus, OH 43216-1008 | San Francisco, CA 94104<br>Telephone: (415) 954-4400 |
| 16 | | Facsimile: (415) 954-4480 |

Dated: June 30, 2006

By:   */s/ Mark A. Knueve*
       Mark A. Knueve

*Attorneys for Defendants*

547565.1      - 3 -      STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE RE: SETTLEMENT
CASE NO. 03-2817 SI

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: _____

3  Hon. Susan Illston
   United States District Judge

547565.1                - 4 -                STIPULATION AND [PROPOSED] ORDER SETTING
                                              STATUS CONFERENCE RE : SETTLEMENT
                                              CASE NO. 03-2817 SI