IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDUARDO GONZALEZ, et al., on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

ABERCROMBIE & FITCH STORES, INC., et al.,

    Defendants.

Nos. C 03-02817 SI; C 04-4730 and C 04-4731

**ORDER RE: DEFENDANT'S MOTION FOR ORDER SHORTENING TIME; SETTING SCHEDULE ON DEFENDANT'S MOTION FOR ORDER DIRECTING COURT-APPOINTED MONITOR'S ANNUAL COMPLIANCE REPORTS AND EXECUTIVE SUMMARIES TO BE FILED UNDER SEAL**

The Court has reviewed the parties' papers regarding defendant's motion for an order shortening time. (Docket No. 164). The Court DENIES defendant's request for a hearing prior to August 31, 2007, and sets the following schedule on defendant's motion for an order directing Court-appointed monitor's annual compliance reports and executive summaries to be filed under seal: opposition briefs must be filed no later than **August 24, 2007**; defendant's reply, if any, must be filed no later than **August 31, 2007**; and the hearing shall be held on **September 14, 2007 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: August 20, 2007

SUSAN ILLSTON
United States District Judge