1  Fred W. Alvarez, State Bar No. 068115
   WILSON SONSINI GOODRICH & ROSATI
2  650 Page Mill Road
   Palo Alto, CA  94304-1050
3  Telephone:  (650) 493-9300
   Facsimile:  (650) 493-6811
4
   Court-Appointed Monitor
5
                 UNITED STATES DISTRICT COURT
6
              NORTHERN DISTRICT OF CALIFORNIA
7
8  EDUARDO GONZALEZ, ANTHONY          )   CASE NOS.:  03-2817 SI, 04-4730 and
   OCAMPO, ENCARNACION GUTIERREZ,     )   04-4731
9  JOHAN MONTOYA, JUANCARLOS GÓMEZ-   )
   MONTEJANO, JENNIFER LU, AUSTIN CHU, )  **EXECUTIVE SUMMARY OF**
   IVY NGUYEN, ANGELINE WU, ERIC FIGHT, ) **COURT-APPOINTED MONITOR'S**
10 CARLA GRUBB, DAVID CULPEPPER,      )   **SECOND ANNUAL COMPLIANCE**
   PATRICE DOUGLASS, and ROBAIR       )   **REPORT**
11 SHERROD, BRANDY HAWK and ANDRE     )
   STEELE, on behalf of themselves and all others, )
12                                    )
                                      )
13            Plaintiffs,             )
                                      )
14        v.                          )
                                      )
15 ABERCROMBIE & FITCH STORES, INC.,  )
   A&F CALIFORNIA, LLC, A&F OHIO, INC., )
16 and ABERCROMBIE & FITCH           )
   MANAGEMENT CO.,                    )
17                                    )
            Defendants.               )
18 _____)
   ELIZABETH WEST and JENNIFER LU,    )
19                                    )
            Plaintiffs,               )
20                                    )
        v.                            )
21                                    )
   ABERCROMBIE & FITCH STORES, INC.,  )
22 A&F CALIFORNIA, LLC, A&F OHIO, INC., )
   and ABERCROMBIE & FITCH           )
23 MANAGEMENT CO.,                    )
                                      )
24          Defendants.               )
   _____)
25 EQUAL EMPLOYMENT OPPORTUNITY       )
   COMMISSION,                        )
26                                    )
        v.                            )
27                                    )
   ABERCROMBIE & FITCH STORES, INC.,  )
28 A&F CALIFORNIA, LLC, A&F OHIO, INC., )
   and ABERCROMBIE & FITCH           )
   MANAGEMENT CO.,                    )
                                      )
            Defendants.               )
   _____)

EXECUTIVE SUMMARY OF COURT-
APPOINTED MONITOR'S SECOND
ANNUAL COMPLIANCE REPORT

1  **I.     REQUIREMENTS OF CONSENT DECREE**

2          The Consent Decree provides for the preparation of an Executive Summary of the Court-

3  Appointed Monitor's Annual Compliance Report.  The Executive Summary should set forth "the

4  substance of the Monitor's findings" with respect to Abercrombie's[1] compliance with the

5  requirements of the Consent Decree for the applicable period.  The Consent Decree goes on to

6  describe the Executive Summary as follows:  "The parties contemplate that the Executive

7  Summary will reflect the Monitor's general findings in areas such as, but not limited to, training,

8  recruitment, . . . and attainment of Benchmarks, all as more specifically covered by the Report,

9  and the parties also contemplate that the Executive Summary will not include specific findings as

10  to, inter alia, the numbers of applications, hires, promotions, or specific occurrences or events.

11  By way of example, the Executive Summary's discussion of the Company's training could

12  generally set out the Monitor's findings relative to whether the Company had or had not met its

13  overall training objectives under the Decree over the subject reporting period, and, if not, a

14  general statement of matters with respect to which there had been non-compliance and any steps

15  the Company is to take to resolve such matters."  What follows is the Monitor's Executive

16  Summary of the Second Annual Compliance Report, with topics listed in the order presented in

17  the Consent Decree.  This Executive Summary does not discuss any of Abercrombie's

18  obligations limited to the first year following the Approval Date of the Decree.

19  **II.    SUBSTANCE OF MONITOR'S FINDINGS REGARDING MARKETING**

20          The Consent Decree requires that Abercrombie's marketing materials "reflect diversity,

21  as reflected by the major racial/ethnic minority populations of the United States."  The Monitor

22  found that Abercrombie's marketing materials during the Second Compliance Period,[2] taken as a

23

24          [1] This Executive Summary incorporates herein by reference the definition of "Abercrombie"
   contained in the Consent Decree: "'Abercrombie' or the 'Company' means Abercrombie &

25  Fitch Stores, Inc.; A&F California, LLC; A&F Ohio, Inc.; and Abercrombie & Fitch
   Management Co., as well as each of their parents, subsidiaries, affiliates, officers, directors,

26  agents, management, successors and assigns and those in active concert or participation with
   them, or any of them.  The terms of [the Consent] Decree cover all stores operated by

27  Abercrombie whether under the name Abercrombie & Fitch, Hollister, abercrombie, or any other
   concept operated by Abercrombie."

28          [2] The Second Compliance Period extends from May 2006 to April 2007.

1  whole, did not reflect diversity.  When the Monitor compared the apparent race/ethnicity of

2  individuals appearing in Abercrombie's marketing materials to the U.S. Census figures regarding

3  the major racial/ethnic minority populations of the United States, Abercrombie's marketing

4  materials were considerably less diverse.  In particular, images of individuals whose apparent

5  race/ethnicity was Asian American or Latino were almost entirely absent from Abercrombie's

6  marketing materials.

7      To achieve compliance with this obligation, Abercrombie should strive to include African

8  American, Asian American, and Latino images in the full range of marketing materials so that

9  those materials, taken as a whole, reflect diversity.

10  **III.    SUBSTANCE OF MONITOR'S FINDINGS REGARDING NOTICE AND
             POSTING**

11

12      The Monitor found that Abercrombie generally achieved compliance with the Consent

13  Decree's requirements regarding the posting of Exhibit B Notices.  In addition, Abercrombie

14  published the Exhibit B Notice every four (4) months in the HR 411 Bulletin, as required by the

15  Consent Decree.

16  **IV.    SUBSTANCE OF MONITOR'S FINDINGS REGARDING EEO AND DIVERSITY
             TRAINING**

17

18      The majority of Abercrombie's Managers-in-Training, Assistant Managers, Store

19  Managers, and General Managers, as well as District Managers and Regional Managers, have

20  received EEO and Diversity Training.  However, Abercrombie has not yet demonstrated whether

21  its District Managers, Regional Managers, and in-store managers were trained within the time

22  periods required by the Consent Decree.  The great majority of Abercrombie's Home Office

23  Employees received EEO and Diversity Training within the time periods prescribed by the

24  Consent Decree.  Abercrombie did not have any training obligations with respect to Human

25  Resources Associates in the Second Compliance Period.  On a going-forward basis, Abercrombie

26  should ensure that it implements adequate systems to identify which employees are due for

27  training under the Consent Decree, and that those employees are timely trained.

28

1

2   **V.    SUBSTANCE OF MONITOR'S FINDINGS REGARDING INTERNAL
        COMPLAINT PROCEDURE**

3

4           The Monitor found that, in general, Abercrombie complied with the Consent Decree's

5   requirements that it (1) commence and resolve investigations in a timely manner; (2) interview

6   relevant witnesses; (3) communicate the results of investigations to complainants; and (4) keep

7   written records of the investigatory steps taken.  The Monitor also found that Abercrombie

8   continued to adequately publicize the Internal Complaint Procedure through the Exhibit B

9   Notices and the Associate Handbooks.

10  **VI.   SUBSTANCE OF MONITOR'S FINDINGS REGARDING RECRUITMENT AND
        HIRING**

11

12          In the First Annual Compliance Report, the Monitor reported that Abercrombie did not

13  comply with the Consent Decree's requirements that "all involved staff" receive training in the

14  Company's Recruitment and Hiring Protocol and that they do so within prescribed time periods.

15  Abercrombie also did not achieve compliance with these requirements during the Second

16  Compliance Period.  Abercrombie must promptly train all involved staff, including all District

17  Managers, General Managers, Store Managers, Assistant Managers, and Managers-in-Training,

18  to be in compliance with the terms of the Consent Decree.

19          In the First Annual Compliance Report, the Monitor reported that Abercrombie's

20  Recruitment and Hiring Protocol did not contain an affirmative requirement that Abercrombie

21  seek qualified African American, Asian American, and Latino applicants of both genders, as

22  required by the Consent Decree.  Abercrombie has since revised the Protocol to comply with this

23  portion of the Decree.

24  **VII.  SUBSTANCE OF MONITOR'S FINDINGS REGARDING MANAGERIAL
        PROMOTIONS**

25

26          Abercrombie promoted the targeted numbers of African American, Asian American,

27  Latino, and female managers to most managerial positions.  However, Abercrombie did not

28  promote sufficient numbers of African American Assistant Managers to the Store

EXECUTIVE SUMMARY OF COURT-                    -3-
APPOINTED MONITOR'S SECOND
ANNUAL COMPLIANCE REPORT

Manager/General Manager positions during the fourth six-month period.  To comply with the requirements of the Consent Decree, Abercrombie must renew its efforts to promote African American managers "in a proportion that is no less than the specific group's proportion of the available feeder pool."

## VIII.   SUBSTANCE OF MONITOR'S FINDINGS REGARDING RECRUITERS

The Monitor found that Abercrombie employed the agreed-upon number of Recruiters and that Abercrombie based an adequate number of those Recruiters in major metropolitan areas, as required by the Consent Decree.  Abercrombie was also charged with using Best Efforts[3] to ensure that its Recruiters reflect diversity in race/national origin and gender.  More than half of the Company's Recruiters are female, and a significant percentage are African American. Abercrombie has also increased its percentage of Asian American Recruiters.  However, the percentage of Latino and Asian American Recruiters remains too low to warrant a finding that the Recruiters generally reflect diversity with respect to race.  The Monitor encourages Abercrombie to continue its efforts to increase the overall diversity of its Recruiters.

The Consent Decree requires that Abercrombie consider both external and internal candidates for the Recruiter position.  Although the Recruiter job description no longer provides that a candidate must currently be employed by Abercrombie in a management-level position, the Company has not yet hired an external candidate.  For the upcoming compliance period, Abercrombie should expand its external recruiting efforts when seeking additional Recruiters and/or filling vacant Recruiter positions.  Alternatively, Abercrombie should seek modification of this requirement from Lead Counsel and the EEOC if the Company believes that the objectives of the Recruiter provision are being attained.

In compliance with the Consent Decree, Abercrombie revised the job description for the Recruiter position to include an affirmative directive that the Recruiters recruit African Americans, Asian Americans, and Latinos of both genders.

---

[3] This Executive Summary incorporates herein by reference the definition of "Best Efforts" contained in the Consent Decree: "'Best Efforts' means implementing and adequately funding a plan reasonably designed to comply with all the specific objectives to which the best efforts are directed."

1 | IX.    SUBSTANCE OF MONITOR'S FINDINGS REGARDING ADVERTISEMENTS

2          The Monitor found that Abercrombie generally complied with the Consent Decree's

3 requirement that the Company place advertisements for in-store employment opportunities in

4 periodicals that targeted African Americans, Asian Americans, and/or Latinos of both genders.

5 In the third six-month period, the majority of the advertisements did not advertise for in-store

6 employment, as required by the Consent Decree.  However, in the fourth six-month period, all of

7 the advertisements expressly advertised for in-store opportunities.

8 | X.    SUBSTANCE OF MONITOR'S FINDINGS REGARDING RECRUITING
       EVENTS
9

10         The Monitor found that Abercrombie satisfied the requirement that the Company attend

11 Minority[4] job fairs and recruiting events that are attended by African American, Asian American,

12 and Latino individuals of both genders.

13 | XI.    SUBSTANCE OF MONITOR'S FINDINGS REGARDING DIVERSITY
        CONSULTANT
14

15         The Monitor found that Abercrombie utilized a Diversity Consultant to conduct diversity

16 and inclusion training and to aid in identifying sources of qualified Minority candidates, as

17 required by the Consent Decree.

18 | XII.    SUBSTANCE OF MONITOR'S FINDINGS REGARDING DOCUMENTATION

19         The Monitor found that Abercrombie complied with the Consent Decree's requirement

20 that the Company provide documentation regarding the placement of advertisements for in-store

21 opportunities and the Recruiters' attendance at job fairs and recruiting events targeted towards

22 African Americans, Asian Americans, and Latinos.

23

24

25

26 _____

27    [4] This Executive Summary incorporates herein by reference the definition of "Minority"
contained in the Consent Decree: "'Minority' means all African Americans, Asian Americans,
28 and Latinos."

EXECUTIVE SUMMARY OF COURT-          -5-
APPOINTED MONITOR'S SECOND
ANNUAL COMPLIANCE REPORT

1  **XIII.  SUBSTANCE OF MONITOR'S FINDINGS REGARDING HIRING BENCHMARKS**

2

3        The Monitor found that Abercrombie complied with the requirements of the Consent

4  Decree in terms of implementing and establishing Hiring Benchmark rates for the third and

5  fourth six-month compliance periods.

6        However, Abercrombie did not meet most Company-wide Hiring Benchmarks set for the

7  Second Compliance Period.  Table 1, below, summarizes Abercrombie's performance with

8  respect to the Benchmarks for the Model position in the third and fourth six-month periods.

9                          **Table 1**
                **Model - Achievement of Third and Fourth Period Benchmarks**
10

11

|                          | Third Period | Fourth Period |
|--------------------------|--------------|---------------|
| African American         | Missed       | Missed        |
| Asian American           | Missed       | Missed        |
| Latino                   | Missed       | Missed        |
| African American Female  | Missed       | Missed        |
| Female                   | Met          | Met           |

12

13

14

15        Table 2, below, summarizes Abercrombie's performance with respect to the Benchmarks

16  for the Manager-in-Training position in the third and fourth six-month periods.

17

18                          **Table 2**
                **MIT - Achievement of Third and Fourth Period Benchmarks**
19

20

|                  | Third Period | Fourth Period |
|------------------|--------------|---------------|
| African American | Met          | Missed        |
| Asian American   | Missed       | Met           |
| Latino           | Missed       | Missed        |
| Female           | Met          | Met           |

21

22

23  **XIV.  SUBSTANCE OF MONITOR'S FINDINGS REGARDING REPORTING AND COMPLIANCE MEETINGS**

24

25        The Monitor found that Abercrombie complied with the reporting and compliance

26  meeting requirements set forth in the Consent Decree.  The Company timely provided all reports

27  required under the terms of the Consent Decree and engaged in compliance meetings pursuant to

28  the terms of the Consent Decree.

1  **XV.    SUBSTANCE OF MONITOR'S FINDINGS REGARDING CONTENTS OF SEMI-
        ANNUAL PROGRESS REPORTS**

2

3         Abercrombie submitted Semi-Annual Progress Reports in a timely fashion, which it

4  supplemented with additional materials.  The Monitor found that the Semi-Annual Progress

5  Reports generally included the materials and information required pursuant to the Consent

6  Decree.

7

8  Dated:  August 31, 2007                          Fred W. Alvarez

9

10                                        By: _____

11                                            Fred W. Alvarez
                                              WILSON SONSINI GOODRICH & ROSATI
12                                            Professional Corporation

13                                            Court-Appointed Monitor

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28