1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GOMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN, ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS and ROBAIR SHERROD on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC and A&F OHIO, INC.,<br><br>Defendants. | Case No. C03-2817 SI, 04-4730 and 04-4731<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM DECEMBER 20, 2010 TO JANUARY 12, 2011** |

| | | |
|---|---|---|
| 1 | ELIZABETH WEST and JENNIFER LU, | Case No. 04-4730 |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO., | |
| 5 | | |
| 6 | Defendants. | |
| 7 | | |
| 8 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 04-4731 |
| 9 | Plaintiffs, | |
| 10 | | |
| 11 | vs. | |
| 12 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO., | |
| 13 | | |
| 14 | Defendants. | |

1     WHEREAS, a status conference before this Court was originally scheduled for
2 December 15, 2010 at 10:00;

3     WHEREAS, on December 13, 2010, this Court continued that status conference to
4 December 20, 2010;

5     WHEREAS, several of the attorneys and representatives of Abercrombie & Fitch Stores,
6 Inc. are unable to attend a status conference on December 20, 2010 due to holiday vacation
7 schedules, previously scheduled depositions, and travel schedules;

8     WHEREAS, counsel for Abercrombie & Fitch Stores, Inc. contacted this Court and
9 determined that the Court was available for the status conference on January 12, 2011 at 4:00;

10     WHEREAS, the Monitor, the EEOC, and Plaintiffs' counsel are also available that date;

11     WHEREAS, the parties hereby stipulate that the status conference be continued from
12 December 20, 2010 to January 12, 2011 at 4:00.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

| | |
|---|---|
| Bill Lann Lee<br>LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>476 9th Street<br>Oakland, California 94607-4048<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839 | Kelly M. Dermody<br>Jahan C. Sagafi<br>LIEFF, CABRASER, HEIMANN<br>   & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| Jack W. Lee, Esq. (SBN 071626)<br>John Ota, Esq. (SBN 195532)<br>MINAMI, LEW & TAMAKI LLP<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 788-9000<br>Facsimile: Fax (415) 398-3887 | |

Dated: December 16, 2010

By:     /s/ Jahan C. Sagafi
           *Attorneys for Plaintiffs*

| | |
|---|---|
| Anna Y. Park (SBN 164242)<br>Peter F. Laura (SBN 116426)<br>U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>255 East Temple Street, 4th Floor<br>Los Angeles, CA 90012 | John C. Hendrickson (IL SBN 1187589)<br>Gregory M. Gochanour (IL SBN 6210804)<br>U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>500 West Madison Street, Suite 2800<br>Chicago, IL 60661 |

Dated: December 16, 2010

By: _/s/ Gregory M. Gochanour_
Gregory M. Gochanour

| | |
|---|---|
| Thomas B. Ridgley<br>Jonathan M. Norman<br>Mark A. Knueve<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>52 East Gay Street, P.O. Box 1008<br>Columbus, OH 43216-1008<br>Telephone: 614-464-6400<br>Facsimile: 614-464-6350 | Douglas R. Young<br>Douglas E. Dexter<br>Sandra A. Kearney<br>FARELLA BRAUN & MARTEL, LLP<br>Russ Building, 30th floor<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 |

Dated: December 16, 2010

By: _/s/ Mark A. Knueve_
Mark A. Knueve

*Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December ____, 2010

_____
Hon. Susan Illston
United States District Court Judge