MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA,
     SAN FRANCISCO DIVISION
10

| | |
|---|---|
| EDUARDO GONZALEZ, et al., on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC., et al.,<br>Defendants. | Case Nos. 03-2817 SI, 04-4730 and 04-4731<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR ORDER SHORTENING TIME |
| ELIZABETH WEST, et al., on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC., et al.,<br>Defendants. | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Plaintiffs,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC., et al.,<br>Defendants. | |

This Court, having read and considered Plaintiffs' Motion for Order Shortening Time regarding Plaintiffs' Motion to Extend the Consent Decree, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Order Shortening Time is **GRANTED** and that:

1. Defendant Abercrombie & Fitch Stores, Inc.'s opposition to Plaintiffs' Motion to Extend Consent Decree, if any, shall be filed and served by March 25, 2011;

2. Plaintiffs shall file and serve a reply in support of the Motion to Extend Consent Decree by April 1, 2011; and

3. Plaintiffs' Motion to Extend the Consent Decree shall be heard on April 8, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated: __3/6_____, 2011

_____
Hon. Susan Illston
United States District Court Judge

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -

[PROPOSED] ORDER GRANTING MOTION SHORTENING TIME