| | |
|---|---|
| Bill Lann Lee (SBN 108452) | Kelly M. Dermody (SBN 171716) |
| Julie Wilensky (SBN 271765) | Jahan C. Sagafi (SBN 224887) |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 476 9th Street | 275 Battery Street, 29th Floor |
| Oakland, CA 94607 | San Francisco, CA 94111-3339 |
| Telephone: (510) 839-6824 | Telephone: (415) 956-1000 |
| Facsimile: (510) 839-7839 | Facsimile: (415) 956-1008 |
| Email: blee@lewisfeinberg.com | Email: kdermody@lchb.com |
| Email: jwilensky@lewisfeinberg.com | Email: jsagafi@lchb.com |
| | |
| John C. Hendrickson (IL SBN 1187589) | Jack W. Lee (SBN 071626) |
| Gregory M. Gochanour (IL SBN 6210804) | Sean Tamura-Sato (SBN 254092) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | MINAMI TAMAKI LLP |
| 500 West Madison Street, Suite 2800 | 360 Post Street, 8th Floor |
| Chicago, IL 60661 | San Francisco, CA 94108 |
| Telephone: (312) 869-8100 | Telephone: (415) 788-9000 |
| Facsimile: (312) 869-8124 | Facsimile: (415) 398-3887 |
| Email: gregory.gochanour@eeoc.gov | Email: jlee@minamitamaki.com |
| | Email: seant@minamitamaki.com |

*Lead Counsel and the EEOC, on behalf of the Plaintiff Class Members*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO GONZALEZ, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> ABERCROMBIE & FITCH STORES, INC., et al., <br><br> Defendants. | Case Nos. 03-2817 SI, 04-4730 and 04-4731 <br><br> **DECLARATION OF BILL LANN LEE IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY CONSENT DECREE AND PARTIAL APPEAL FROM THE SPECIAL MASTER'S ORDER** |
| ELIZABETH WEST, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> ABERCROMBIE & FITCH STORES, INC., et al., <br><br> Defendants. | |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
          Plaintiff,

v.

ABERCROMBIE & FITCH STORES, INC., et al.,
          Defendants.

I, Bill Lann Lee, declare:

1. I am a shareholder with the law firm of Lewis, Feinberg, Lee, Renaker & Jackson, P.C., counsel of record for the Plaintiffs in the above-captioned action. This declaration is submitted in accordance with Local Rule 7-5 and in support of Plaintiffs' Motion To Modify the Consent Decree and Partial Appeal from the Special Master's Order, submitted herewith. I make this declaration based on my own personal knowledge and, if called as a witness, I could testify competently to the matters set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's letter dated August 28, 2009.

3. Attached as Exhibit 2 is a true and correct copy of the cover page and pages 2-3 from Plaintiffs' Memorandum in Support of Plaintiffs' Enforcement Proceeding and in Opposition to Abercrombie's Motion Requesting Resolution of the Enforcement Proceeding before Special Master Hunter R. Hughes.

4. Attached as Exhibit 3 is a true and correct copy of the Special Master's Order, dated April 15, 2011.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the Court-Appointed Monitor's Fifth Annual Compliance Report.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the Court-Appointed Monitor's Fourth Annual Compliance Report, Third Annual Compliance Report, Second Annual Compliance Report, and First Annual Compliance Report.

     7. Attached as Exhibit 6 is a true and correct copy of the expert report of Sheldon Zedeck, Ph.D., dated February 23, 2011.

     8. Attached as Exhibit 7 is a true and correct copy of the excerpts from the deposition of Kathleen K. Lundquist, taken on March 4, 2011.

     9. Attached as Exhibit 8 is a true and correct copy of the Declaration of Julie Wilensky in Support of Plaintiffs' Motion in the Enforcement Proceeding, executed on March 21, 2011.

     10. Attached as Exhibit 9 is a true and correct copy of the current version of the Model Group Interview Guide, which Abercrombie submitted as Exhibit 4 to the Declaration of Todd Corley.

     11. Attached as Exhibit 10 is a true and correct copy of "Image Book Activities," A&F 00454-55, A&F 00529, and "A&F Image Book," A&F 01683-84.

     12. Attached as Exhibit 11 is a true and correct copy of page 25 of the "Conducting an Interview" section of the PSP Training, which Abercrombie submitted as Attachment C to the Expert Report of Dr. Kathleen K. Lundquist, dated Dec. 31, 2010.

     13. Attached as Exhibit 12 is a true and correct copy of Exhibit 1 to the Declaration of Julie Wilensky, executed on March 21, 2011.

     I declare, under penalty of perjury and the laws of the State of California, that the foregoing is true and correct.

     Executed this 29th day of April, 2011, at Oakland, CA.


                                          /s/ Bill Lann Lee
                                          Bill Lann Lee
                                          *Attorney for Plaintiffs*